A. A. Carmichael, Atty. Gen., for appellant.

Pritchard & McCall, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

51 So.2d 910

**STATE v. Joe L. EBERHART.**

**7 Div. 80.**

Supreme Court of Alabama.
Dec. 19, 1950.

A. A. Carmichael, Atty. Gen., and Wm. H. Burton, Jr., Asst. Atty. Gen., for appellant.

'Chas. J. Scott, of Fort Payne, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

51 So.2d 910

**STATE v. Joe L. EBERHART et al.**

**7 Div. 81.**

Supreme Court of Alabama.
Dec. 19, 1950.

A. A. Carmichael, Atty. Gen., and Wm. H. Burton, Jr., Asst. Atty. Gen., for appellant.

Chas. J. Scott, of Fort Payne, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

51 So.2d 910

**STATE v. Lillian N. NEWMAN.**

**7 Div. 79.**

Supreme Court of Alabama.
Dec. 19, 1950.

A. A. Carmichael, Atty. Gen., and Wm. H. Burton, Jr., Asst. Atty. Gen., for appellant.

Chas. J. Scott, of Fort Payne, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

51 So.2d 911

**STATE ex rel. Emmett PERRY, Sols. v. J. Russell McELROY, Judge.**

**6 Div. 188.**

Supreme Court of Alabama.
Feb. 15, 1951.

Emmett Perry, Solicitor, of Birmingham, for petitioner.

Gibson & Hewitt, of Birmingham, for respondent.

BROWN, Justice.

Submission set aside and leave granted to withdraw petition without prejudice.